**Laurie J. CARPENTER, Appellant, v. ERIE RAILROAD COMPANY.**

No. 10592.

United States Court of Appeals
Third Circuit.

Argued Feb. 19, 1952.

Decided Feb. 26, 1952.
Rehearing Denied April 17, 1952.

Before KALODNER and HASTIE, Circuit Judges, and HARTSHORNE, District Judge.

Laurie J. Carpenter, pro se

Charles W. Broadhurst and Markley & Broadhurst, all of Jersey City, N. J. (Edward A. Markley, Charles W. Broadhurst, Jersey City, N. J., on the brief), for appellee.

PER CURIAM.

The Order of the District Court will be affirmed for the reasons therein stated.

**COMMISSIONER OF INTERNAL REVENUE, Petitioner v. J. Henry DE BOER and Martha DeBoer, Respondents.**

No. 183, Docket 22178.

United States Court of Appeals
Second Circuit.

Argued Feb. 14, 1952.

Decided Feb. 27, 1952.

Mason B. Leming, Washington, D. C., Ellis N. Slack, Acting Asst. Atty. Gen., Helen Goodner and Carolyn R. Just, Sp. Assts. to Atty. Gen., for Commissioner of Internal Revenue, petitioner.

David Boyd Chase, New York City, for J. Henry DeBoer and Martha DeBoer, respondents.

Before AUGUSTUS N. HAND, CHASE and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of the Tax Court, 16 T.C. 662.